UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADEN BESHIR HASSEN,

             Petitioner,

    v.

WARDEN,

             Respondent.

No.  1:26-cv-02208-DAD-DMC

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS HAVING BEEN RENDERED MOOT

(Doc. No. 1)

On March 20, 2026, petitioner Aden Beshir Hassen filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE") and a motion for temporary restraining order.  (Doc. No. 1.) Petitioner alleges that he had been previously detained and released on his own recognizance on May 29, 2023, and on December 23, 2025, he was re-detained without any warning, paperwork, or legitimate reason.  (*Id.* at 6, 10.)  Petitioner seeks immediate release.  (*Id.* at 8.)  On March 25, 2026, the court set a briefing schedule on the motion for temporary restraining order and directed respondent to substantively address whether any provision of law or fact in this case would distinguish it from this court's decision in *Perez v. Albarran*, No. 1:25-cv-01540-DAD-CSK (HC), 2025 WL 3187578 (E.D. Cal. Nov. 14, 2025).  (Doc. No. 4.)

1

On March 26, 2026, respondent filed an opposition to the pending motion for temporary restraining order. (Doc. No. 5.) Therein, respondent states that "there are no significant factual or legal issues in this case that materially distinguish it from" *Perez*. (*Id.* at 1.) Respondent is also amenable to the court entering a final judgment in this case without any additional briefing or a hearing. (*Id.* at 2.)

Accordingly, pursuant to the court's reasoning as stated in *Perez*, the court will grant the pending petition for writ of habeas corpus.

For the reasons explained above,

1.     Petitioner's petition for writ of habeas corpus and motion for temporary restraining order (Doc. No. 1) is GRANTED in part;

    a.  Petitioner's petition for writ of habeas corpus is GRANTED as follows:

        i.  Respondent is ORDERED to immediately release petitioner from respondent's custody on the same conditions he was subject to immediately prior to his December 23, 2025 re-detention;

        ii.  Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondents will have the burden of demonstrating by clear and convincing evidence that petitioner is a danger to the community or a flight risk;

    b.  Petitioner's motion for a temporary restraining order is hereby DENIED as having been rendered moot in light of this order granting his petition for habeas relief; and

/////
/////
/////
/////
/////

2

2.    The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated:    **March 27, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE